# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Victor B. White,

    Plaintiffs,

vs.

FNU Smereka, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

3:09-cv-257-FDW

DECISION BY COURT. This action having come before the Court by Motions to Dismiss and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 17, 2010 Order.

Signed: August 17, 2010

Frank G. Johns, Clerk
United States District Court