# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:09-CV-257-FDW-DCK

| | |
|---|---|
| VICTOR B. WHITE, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| FNU SMEREKA, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff, Victor B. White ... "Bringing It Again - Doc. No. 79 For Correction Of Error(s)/Affidavit" (Document No. 81) filed August 23, 2011. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion.

Although it is again difficult to determine exactly what relief the *pro se* Plaintiff seeks, it *appears* that he is requesting reconsideration of the undersigned's previous "Order" (Document No. 80) denying "Plaintiff, Victor B. White's Motion To Correct Clerical And/Or U.S. District Court's Error" (Document No. 79). The instant motion fails to shed any additional light that clarifies Plaintiff's alleged error(s). Liberally construed, Plaintiff's motion may seek to appeal and/or re-litigate issues already decided by this Court, or in North Carolina state court. The instant motion, however, fails to adequately explain or support any need to reconsider the Court's previous Order, or to clearly or specifically identify "any error, clerical, judicial, or otherwise in the disposition of this case." (Document No. 80).

**IT IS, THEREFORE, ORDERED** that "Plaintiff, Victor B. White ... "Bringing It Again - Doc. No. 79 For Correction Of Error(s)/Affidavit" (Document No. 81) is **DENIED**.

Signed: August 23, 2011

David C. Keesler
United States Magistrate Judge